KENJI M. PRICE #10523
United States Attorney
District of Hawaii

SARA D. AYABE #9546
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 440-9231
Facsimile:  (808) 541-2958
E-mail:  Sara.Ayabe@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 19-00024 DKW |
| ) | |
| Plaintiff, ) | UNITED STATES' SENTENCING |
| ) | STATEMENT; CERTIFICATE OF |
| vs. ) | SERVICE |
| ) | |
| KYONGCHOL KIM, ) | |
|   aka "Kyong Chol Kim," ) | |
| ) | Date:  July 3, 2019 |
| Defendant. ) | Time:  9:30 a.m. |
| ) | Judge: Hon. Derrick K. Watson |

UNITED STATES' SENTENCING STATEMENT

The United States has no objections to the draft Presentence Report.  The Government reserves the right to reply to any proposed amendments, modifications, or additional information offered by Defendant Kyongchol Kim.

DATED:  June 13, 2019, at Honolulu, Hawaii.

                                              KENJI M. PRICE
                                              United States Attorney
                                              District of Hawaii

                                          By /s/ Sara D. Ayabe
                                              SARA D. AYABE
                                              Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served electronically through CM/ECF:

    Jin Tae Kim, Esq.
    Attorney for Defendant Kyongchol Kim
    jtkim@jtkimlaw.com

Served via email:

    Darsie J.T. Ing-Dodson, United States Probation Officer
    Darsie_ing_dodson@hip.uscourts.gov

    DATED: June 13, 2019, at Honolulu, Hawaii.


    /s/ Rowena Kang
    Rowena Kang
    Legal Assistant
    U.S. Attorney's Office
    District of Hawaii