J. T. KIM, ATTORNEY AT LAW, LLLC
BY:   JIN TAE KIM  8863-0
      ATTORNEY AT LAW
1125 SOUTH KING STREET, SUITE 203
HONOLULU, HAWAII 96814
TELEPHONE NO.:  (808) 541-7615
EMAIL:  JTKIM@JTKIMLAW.COM

ATTORNEYS FOR THE DEFENDANT
KYOUNGCHOL KIM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA<br><br>vs.<br><br>KYOUNGCHOL KIM,<br>  aka "Kyong Chol Kim"<br><br>Defendant. | CR. NO. 19-00024DKW<br><br>DEFENDANT'S SENTENCING STATEMENT; CERTIFICATE OF SERVICE<br><br>SENTENCING DATE:   JULY 3, 2019<br>JUDGE:  DERRICK K. WATSON |
|---|---|

## DEFENDANT'S SENTENCING STATEMENT

Defendant KYOUNGCHOL KIM, by and through his counsel JIN TAE KIM, Esq., makes no objections to the Proposed Presentence Investigation Report.

DATED:  Honolulu, Hawaii, June 13, 2019.

/S/ JIN TAE KIM
_____
JIN TAE KIM
Attorney for Defendant
KYOUNGCHOL KIM