KENJI M. PRICE #10523
United States Attorney
District of Hawaii

SARA D. AYABE #9546
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 440-9231
Facsimile:  (808) 541-2958
E-mail:  Sara.Ayabe@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 19-00024 DKW |
| | ) | |
| Plaintiff, | ) | U.S. CUSTOMS AND BORDER |
| | ) | PROTECTION REPORT; |
| vs. | ) | EXHIBIT 1 |
| | ) | |
| KYONGCHOL KIM, | ) | |
| aka "Kyong Chol Kim," | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

U.S. CUSTOMS AND BORDER PROTECTION REPORT

The United States of America, by its attorney, the United States Attorney for the District of Hawaii, hereby submits the report prepared by the U.S. Customs and Border Protection's Port Director in response to the Court's July 3, 2019 order.

DATED: July 9, 2019, at Honolulu, Hawaii.

        KENJI M. PRICE
        United States Attorney
        District of Hawaii

        By /s/ Sara D. Ayabe
           SARA D. AYABE
           Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served electronically through CM/ECF:

    Jin Tae Kim, Esq.
    Attorney for Defendant Kyongchol Kim
    jtkim@jtkimlaw.com

    DATED:  July 9, 2019, at Honolulu, Hawaii.

    /s/ Rowena Kang
    Rowena Kang
    Legal Assistant
    U.S. Attorney's Office
    District of Hawaii