

300 Ala Moana Blvd, Rm 2500
Honolulu, Hawaii 96850

**U.S. Customs and Border Protection**

July 8, 2019

Honorable Judge Derrick Watson
Honolulu, Hawaii

Sir,

Mr. Kyong Chol Kim, a citizen of South Korea, applied for admission under the Visa Waiver Program (VWP) on arrival in Honolulu on February 25, 2019. He was found inadmissible under the VWP due to a record of an arrest in Chicago in 1993 for {crime}, which is a crime involving moral turpitude. Mr. Kim was detained at the Federal Detention Center (FDC) until his departure on the next flight to South Korea, Hawaiian Airlines flight 459 scheduled to depart on February 27, 2019. As a VWP refusal, U.S. Customs and Border Protection (CBP) escorted Kim to check in, through TSA screening and to the departure gate. No restraints were used as Kim was compliant throughout all interactions with CBP, from his arrival on February 25, 2019 until his departure on February 27, 2019.

While being escorted to the departure gate, Mr. Kim asked if he could stop at the duty free kiosk to purchase some gifts for his family in South Korea. The CBP officer escorting Mr. Kim stood nearby and observed him purchase tee shirts at the duty free kiosk. The CBP officer then escorted him to the departure gate. Mr. Kim was pre-boarded and the CBP officer observed him board the flight and waited at the gate until the plane departed. The CBP officer did not see Mr. Kim receive any alcohol prior to boarding. Duty free items purchased by departing passengers are delivered by duty store personnel to the departure gate and typically given to the purchaser as they board the aircraft or once they take their seat. As Mr. Kim had pre-boarded, the duty free store employee likely delivered the bottle of duty free alcohol to Mr. Kim as he boarded the aircraft from the jetway or on the aircraft, out of sight of the escorting CBP officer.

Mr. Kim was escorted appropriately, in accordance with CBP escort procedures. CBP uses less restrictive control methods when escorting compliant, low-risk subjects being removed for administrative issues, and it is not uncommon to allow such subjects to make purchases of food or other items, including duty free items, prior to boarding a departing aircraft.

**EXHIBIT 1**

*Vigilance   ★   Service   ★   Integrity*

Please let me know if more information or clarification of CBP procedures is required.

Respectfully,

Bruce Murley
Port Director
Area Port of Hawaii